UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEMOLITION GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:19-cv-04086-JPH-TAB ) |
| KENNETH KYLE MURRAY, | ) ) |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Tim Baker has entered a Report and Recommendation, dkt. 46, recommending that the Court deny Plaintiff's motion to enforce settlement agreement and for attorney's fees, dkt. 32. The parties have not objected and have stipulated this action's dismissal with prejudice with each party bearing "his or its own attorney's fees and costs." Dkt. 47; *see* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court therefore **ADOPTS** the Report and Recommendation. Dkt. [46]. The motion to enforce settlement agreement and for attorney's fees is **DENIED**. Dkt. [32].

The Court acknowledges the Stipulation of Dismissal with Prejudice. Dkt. [47]. The Clerk **is DIRECTED** to close this case on the docket.

**SO ORDERED**.

Date: 1/27/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KENNETH KYLE MURRAY
1724 Chester Blvd.
Richmond, IN 47374

Jeffrey A. Calabrese
STOLL KEENON OGDEN PLLC
jeff.calabrese@skofirm.com

Steven Terrell Clark
STOLL KEENON OGDEN, PLLC (Louisville)
steven.clark@skofirm.com

Mark T. Hurst
STOLL KEENON OGDEN PLLC
mark.hurst@skofirm.com